# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **RURAL LORAIN COUNTY WATER AUTHORITY,** | ) ) | **CASE NO. 1:08CV2333** |
| Plaintiff, | ) ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) ) | **ORDER** |
| **VILLAGE OF WELLINGTON,** | ) ) ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

This matter comes before the Court upon the Plaintiff's Verified Complaint (ECF DKT #1) and Motion for Temporary Restraining Order (ECF DKT #2). A hearing was conducted in chambers with counsel and the party representatives on October 2, 2008. By agreement of the parties, all work associated with providing water service to the subject property identified as 631 South Main Street, Wellington, Ohio, shall cease for a period of one week. During this time period, the parties shall continue to negotiate in good faith to resolve the issues between them. A Status Conference is set for October 9, 2008 at 3:00 p.m. Lead counsel and all parties are required to attend.

**IT IS SO ORDERED.**

**DATE: __October 6, 2008_____**

 S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**