**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RURAL LORAIN COUNTY** | ) | **CASE NO. 1:08CV2333** |
| **WATER AUTHORITY,** | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **VILLAGE OF WELLINGTON,** | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J. :**

    This matter came before the Court for a Status Conference on October 9, 2008. The parties represented to the Court that an agreement in principle has been reached and a written agreement is being drafted. The proposal will be submitted to the Plaintiff's Board on October 15, 2008, and to the Village Board on October 20, 2008. Counsel will participate in a conference call with the Court on October 23, 2008 at 2:30 p.m., and will advise the Court of the status of settlement. Plaintiff will initiate the call, join defense counsel and the Court at 216-357-7151.

    Further, the Village of Wellington agrees to stop any work on the water line; but the Eagles' Lodge may continue construction at 631 South Main Street up to the point of

connection, as long as it does not tap into the water line.

Plaintiff's Motion (ECF DKT #2) for Temporary Restraining Order is denied at this time, subject to re-filing, should a resolution not be reached.

**IT IS SO ORDERED.**

**DATE: _October 10, 2008_____**

S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**